Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHARMING BEATS LLC,　　　　　　　　　　　Case No.: 21-cv-4888 (BMC)

　　　　　　　　　Plaintiff,　　　　　　**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

　　　　v.

LIGHT HOUSE GOSPEL MISSION, INC.,

　　　　　　　　　Defendant.
-----------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed with prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: September 7, 2021　　　　　　　　　　**GARBARINI FITZGERALD P.C.**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Richard M. Garbarini